In the Matter of JOHN BECRAFT, Appellant, against DANIEL F. STROBEL, Respondent.

Argued May 18, 1937; decided June 1, 1937.

*Nicholas G. Powers* for appellant.

*Donald L. Brush* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.